IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHINONYEREM OSUAGWU, M.D.,

    Plaintiff,

v.                                                        No. 1:11-cv-00001 MV/SMV

GILA REGIONAL MEDICAL CENTER,
JOHN DOE,
JANE DOE,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time of hearing:**       Monday, March 5, 2012 at 3:00 p.m.

      THIS MATTER is before the Court upon Defendants' Motion for Status Conference [Doc. 87]. Good cause having been shown, a telephonic status conference is hereby set for Monday, March 5, 2012 at 3:00 p.m. Counsel and pro se plaintiff shall call Judge Vidmar's "Meet Me" line at (505) 348-2357 to connect to the proceedings.

      **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**