IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHINONYEREM OSUAGWU, M.D.,

    Plaintiff,

vs.                                                                     No. 11-cv-0001 MV/SMV

GILA REGIONAL MEDICAL CENTER,
GREGORY KOURY, M.D.,
DON WHITE, M.D.,
MICHAEL SARGENT, M.D.,
RONALD DEHYLE, M.D.,
JEAN REMILLARD, M.D.,
MARK DONNELL, M.D.,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:      Tuesday, May 22, 2012 at 1:30 p.m.

**Matter to be heard**:  Scheduling deadlines and settlement conference

    **IT IS ORDERED** that a status conference is hereby set for Tuesday, May 22, 2012 at 1:30 p.m. Plaintiff and counsel for Defendants shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings. Parties shall confer with Judge Vidmar to discuss whether new scheduling deadlines are necessary and to choose a date on which to conduct a settlement conference. Parties are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                                   **STEPHAN M. VIDMAR**
                                                                   **United States Magistrate Judge**