# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**CHINONYEREM OSUAGWU, M.D.,**

    **Plaintiff,**

**v.**                                  **No. 11-cv-0001 MV/SMV**

**GILA REGIONAL MEDICAL CENTER,**
**JOHN DOE,**
**JANE DOE,**
**GREGORY KOURY, M.D.,**
**DON WHITE, M.D.,**
**MICHAEL SERGEANT, M.D.,**
**RONALD DEHYLE, M.D.,**
**JEAN REMILLARD, M.D., and**
**MARK DONNELL, M.D.,**

    **Defendants.**

## SCHEDULING ORDER

THIS MATTER came before the Court on a telephonic Rule 16 scheduling conference held on May 22, 2012.

In accordance with the Civil Justice Expense and Delay Reduction Plan adopted in compliance with the Civil Justice Reform Act, and pursuant to Title 28 U.S.C. § 473(a)(1), this case is assigned to a "standard" track classification.

Plaintiff should be allowed until **June 22, 2012**, to join additional parties and amend the pleadings (in compliance with the requirements of FED. R. CIV. P. 15(a)). Defendants should be allowed until **July 6, 2012**, to join additional parties and amend the pleadings (in compliance with the requirements of FED. R. CIV. P. 15(a)).

Plaintiff shall identify to all parties in writing any expert witness to be used by Plaintiff at trial and provide expert reports pursuant to FED. R. CIV. P. 26(a)(2)(B) no later than **August 20, 2012**.  All other parties shall identify in writing any expert witness to be used by such parties at trial and provide expert reports pursuant to FED. R. CIV. P. 26(a)(2)(B) no later than **September 19, 2012**.[1]

The termination date for discovery is **November 19, 2012,** and discovery shall not be reopened, nor shall case management deadlines be modified, except by an order of the Court upon a showing of good cause.  This deadline shall be construed to require that discovery be completed on or before the above date.  Service of interrogatories or requests for production shall be considered timely only if the responses are due prior to the deadline.  A notice to take deposition shall be considered timely only if the deposition takes place prior to the deadline.  The pendency of dispositive motions shall not stay discovery.

Motions relating to discovery (including, but not limited to, motions to compel and motions for protective order) shall be filed with the Court and served on opposing parties by **December 10, 2012**.  *See* D.N.M.LR-Civ. 7 for motion practice requirements and timing of responses and replies. This deadline shall not be construed to extend the twenty-day time limit in D.N.M.LR-Civ. 26.6.

Pretrial motions, other than discovery motions, shall be filed with the Court and served on opposing party by **December 20, 2012**.  *See* D.N.M.LR-Civ. 7 for motion practice requirements and timing of responses and replies. Any pretrial motions, other than discovery motions, filed after the above dates shall, in the discretion of the Court, be considered untimely.

---

[1]  Parties must formally disclose the identity of all testifying experts, even if the experts are not required to submit a Rule 26 expert report.  *See Blodgett v. United States*, No. 2:06-CV-00565 DAK, 2008 WL 1944011, at *5 (D. Utah, May 1, 2008).

If documents are attached as exhibits to motions, affidavits or briefs, those parts of the exhibits that counsel want to bring to the attention of the Court must be highlighted in accordance with D.N.M.LR-Civ. 10.6. Counsel are reminded that unopposed motions are governed by D.N.M.LR-Civ. 7.2. Any unopposed motion must be accompanied by a proposed order approved by all parties. Counsel should submit proposed orders via email to: smvproposedtext@nmcourt.fed.us.

Counsel are directed to file a consolidated final Pretrial Order as follows:  Plaintiff to Defendant on or before **February 4, 2013**; Defendant to Court on or before **February 19, 2013**.

Counsel are directed that the Pretrial Order will provide that no witnesses except rebuttal witnesses whose testimony cannot be anticipated, will be permitted to testify unless the name of the witness is furnished to the Court and opposing counsel no later than thirty (30) days prior to the time set for trial.  Any exceptions thereto must be upon order of the Court for good cause shown.

**IT IS SO ORDERED.**

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**