IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHINONYEREM OSUAGWU, M.D.,

    Plaintiff,

v.                                                                                          No. 11-cv-0001 MV/SMV

GILA REGIONAL MEDICAL CENTER,
JOHN DOE, JANE DOE,
GREGORY KOURY, M.D., DON WHITE, M.D.,
MICHAEL SERGEANT, M.D.,
RONALD DEHYLE, M.D., JEAN REMILLARD, M.D.,
MARK DONNELL, M.D.,

    Defendants.

## ORDER SETTING TELEPHONIC HEARING[1]

**Date and time**:         Tuesday, September 4, 2012, at 2:00 p.m.

**Matter to be heard**:   Opposed Motion for Extension of Time to File Response to Plaintiff's Motion for Summary Judgment [Doc. 137] and [Opposed] Motion to Exceed Page Limits [Doc. 139]

**IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic hearing is hereby set for **Tuesday, September 4, 2012**, at 2:00 p.m.  Parties shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] Because Plaintiff is not expected to receive this order by U.S. mail before the scheduled hearing date, chambers staff has contacted him by telephone this date and notified him of the date, time, and subject matter of the hearing as well as the "Meet Me" Line number.