IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHINONYEREM OSUAGWU, M.D.,

    Plaintiff,

v.                                                         No. 11-cv-0001 MV/SMV

GILA REGIONAL MEDICAL CENTER,
JOHN DOE, JANE DOE,
GREGORY KOURY, M.D., DON WHITE, M.D.,
MICHAEL SERGEANT, M.D.,
RONALD DEHYLE, M.D., JEAN REMILLARD, M.D.,
MARK DONNELL, M.D.,

    Defendants.

## ORDER GRANTING DEFENDANTS' OPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND VACATING HEARING[1]

THIS MATTER is before the Court on Defendants Jean Remillard, M.D., Gregory Koury, M.D., Michael Sergeant, M.D., Mark Donnell, M.D., Ronald Deyhle, M.D., Don White, and Gila Regional Medical Center's Opposed Motion for Extension of Time to File Response to Plaintiff's Motion for Summary Judgment, [Doc. 137], and Plaintiff's Response thereto, [Doc. 146]. The Court, being fully advised in the premises, finds that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendants['] . . . Motion for Extension of Time . . . [Doc. 137] be and the same hereby is

---

[1] Because Plaintiff is not expected to receive this order by U.S. mail before the scheduled hearing, chambers staff has contacted him by telephone this date and notified him that the hearing has been vacated and that he need not call Judge Vidmar's "Meet Me" line.

**GRANTED**.  Defendants shall have until **Tuesday, October 9, 2012**, to respond to Plaintiff's Motion for Summary Judgment . . . [Doc. 135].

**IT IS FURTHER ORDERED THAT** the hearing set for this matter at 2:00 p.m. on September 4, 2012, *see* Order Setting Telephonic Hearing [Doc. 144], is hereby **VACATED**.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**