IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CHINONYEREM OSUAGWU, M.D.,**

    Plaintiff,

v.                                                No. 11-cv-0001 MV/SMV

**GILA REGIONAL MEDICAL CENTER,
JOHN DOE, JANE DOE,
GREGORY KOURY, M.D., DON WHITE, M.D.,
MICHAEL SERGEANT, M.D.,
RONALD DEHYLE, M.D., JEAN REMILLARD, M.D.,
MARK DONNELL, M.D.,**

    Defendants.

## ORDER GRANTING INDIVIDUAL DEFENDANTS' MOTION TO EXCEED PAGE LIMITS AND VACATING HEARING[1]

THIS MATTER is before the Court on Defendants Jean Remillard, M.D, Gregory Koury, M.D., Michael Sergeant, M.D., Mark Donnell, M.D., Ronald Dehyle, M.D., and Don White's Motion to Exceed Page Limits, [Doc. 139], and Plaintiff's Response thereto, [Doc. 147]. The Court, being fully advised in the premises, finds that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Defendants Jean Remillard, M.D, Gregory Koury, M.D., Michael Sergeant, M.D., Mark Donnell, M.D., Ronald Dehyle, M.D., and Don White's Motion to Exceed Page Limits [Doc. 139] be and the same hereby is **GRANTED**. The Movants' Response to Plaintiff's Motion for Summary Judgment [Doc. 135] may be up to 35 pages long.

---

[1] Because Plaintiff is not expected to receive this order by U.S. mail before the scheduled hearing, chambers staff has contacted him by telephone this date and notified him that the hearing has been vacated and that he need not call Judge Vidmar's "Meet Me" line.

**IT IS FURTHER ORDERED** that the hearing set on this matter for 2:00 p.m. on September 4, 2012, *see* Order Setting Telephonic Hearing [Doc. 144], is hereby **VACATED**.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**