IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CHINONYEREM OSUAGWU, M.D.,**
    **Plaintiff,**

**v.**                                          **No. 11-cv-0001 MV/SMV**

**GILA REGIONAL MEDICAL CENTER,**
**JOHN DOE,**
**JANE DOE,**
**GREGORY KOURY, M.D.,**
**DON WHITE, M.D.,**
**MICHAEL SERGEANT, M.D.,**
**RONALD DEHYLE, M.D.,**
**JEAN REMILLARD, M.D., and**
**MARK DONNELL, M.D.,**

    **Defendants.**

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

A telephonic status conference is hereby set for **Thursday, November 15, 2012,** at **9:00 a.m.** Counsel and pro se parties shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings. The parties shall be prepared to address the status of discovery and any pending discovery disputes.

**IT IS SO ORDERED.**

                                                                                        _____
                                                                                        **STEPHAN M. VIDMAR**
                                                                                       **United States Magistrate Judge**