IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHINONYEREM OSUAGWU,

    Plaintiff,

v.                                        11-cv-0001 MV/SMV

GILA REG'L MED. CTR.;
JEAN REMILLARD, M.D.;
GREGORY KOURY, M.D.;
MICHAEL SARGENT, M.D.;
MARK DONNELL, M.D.;
RONALD DEHYLE, M.D.; and
DON WHITE, M.D.,

    Defendants.

## ORDER CLARIFYING STATUS OF CASE

THIS MATTER is before the Court on an informal telephonic inquiry from counsel for the individual Defendants.[1] It appears that there may be some confusion about the Memorandum Opinion and Order [Doc. 198] ("MOO"), issued by the Honorable Martha Vázquez, United States District Judge, on December 21, 2012. For clarity's sake, the MOO's reference to bifurcation was related to that order only. *See* MOO [Doc. 198] at 1. The order does not bifurcate the case itself. Therefore, *all* parties in the case should participate in pretrial matters, including the pretrial order, as scheduled.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] Counsel for the individual Defendants represented that pro se Plaintiff was aware of, and in agreement with, the informal telephonic inquiry.