IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHINONYEREM OSUAGWU,

    Plaintiff,

v.                                                  11-cv-0001 MV/SMV

GILA REG'L MED. CTR.;
JEAN REMILLARD, M.D.;
GREGORY KOURY, M.D.;
MICHAEL SARGENT, M.D.;
MARK DONNELL, M.D.;
RONALD DEHYLE, M.D.; and
DON WHITE, M.D.,

    Defendants.

## ORDER GRANTING REQUEST FOR STATUS CONFERENCE AND DENYING REQUEST TO HOLD COUNSEL IN CONTEMPT

THIS MATTER is before the Court on Plaintiff's Request for Status Conference [Doc. 211], filed on February 4, 2013. Plaintiff alleges that Defendant Gila Regional Medical Center (GRMC) is in violation of the Memorandum Opinion and Order [Doc. 198], and therefore, he requests a status conference. Defendant GRMC agrees that a status conference is warranted. [Doc. 213] at 2.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Request for Status Conference [Doc. 211] is **GRANTED** to the extent that it requests a status conference. However, it is **DENIED** to the extent that it requests that Defendant GRMC's counsel be held in contempt.

**IT IS FURTHER ORDERED** that a status conference is hereby set for **February 26, 2013, at 9:00 a.m.** in the Pecos Courtroom, on the third floor of Pete V. Domenici United States Courthouse at 333 Lomas Boulevard Northwest in Albuquerque, New Mexico.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**