IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHINONYEREM OSUAGWU,

    Plaintiff,

v.   No. 11-cv-0001 MV/SMV

GILA REGIONAL MEDICAL CENTER, et al.,

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:   Tuesday, May 14, 2013, at 11:00 a.m.

**Matter to be heard**:   To see if the Settlement Conference can be set for an earlier date

**IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic status conference is hereby set for Tuesday, May 14, 2013, at 11:00 a.m.  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

**IT IS SO ORDERED.**

                                  **STEPHAN M. VIDMAR**
                                  **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.