IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHINONYEREM OSUAGWU,

    Plaintiff,

v.                                                                   11-cv-0001 MV/SMV

GILA REG'L MED. CTR.;
JEAN REMILLARD, M.D.;
GREGORY KOURY, M.D.;
MICHAEL SARGENT, M.D.;
MARK DONNELL, M.D.;
RONALD DEHYLE, M.D.; and
DON WHITE, M.D.,

    Defendants.

### ORDER VACATING JULY 8, 2013 SETTLEMENT CONFERENCE AND SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:     July 10, 2013, at 11:00 a.m.

**Matter to be heard**:   Rescheduling of the Settlement Conference

    **IT IS ORDERED, ADJUDGED, AND DECREED** that the Settlement Conference currently set for Monday, July 8, 2013 is **VACATED**.  A telephonic status conference is set for **July 10, 2013, at 11:00 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]

    **IT IS SO ORDERED.**

                                                                               **STEPHAN M. VIDMAR**
                                                                               **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.