**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**CHINONYEREM OSUAGWU,**

      **Plaintiff,**

**v.**                                                                  **No. 11-cv-0001 MV/SMV**

**GILA REGIONAL MEDICAL CENTER, et al.,**

      **Defendants.**

**ORDER SETTING MOTION HEARING**

**Date and time**:      September 12, at 11:30 a.m.

**Matter to be heard**:  Third Party Motion for Protective Order [Doc. 250]

      **IT IS ORDERED, ADJUDGED, AND DECREED** that a motion hearing on the Third

Party Motion for Protective Order [Doc. 250] filed by Lovelace Health System, Inc. is hereby set

for September 12, 2013, at 11:30 a.m. in the Gila Courtroom, on the 5th floor of the Pete V.

Domenici United States Courthouse, 333 Lomas Boulevard NW, Albuquerque, New Mexico.

      **IT IS FURTHER ORDERED** that counsel for Lovelace Health System, Inc. shall

submit the documents at issue for in camera review to VidmarChambers@nmcourt.fed.us no

later than 12:00 p.m. on September 11, 2013.

      **IT IS SO ORDERED.**

_____

**STEPHAN M. VIDMAR**
**United States Magistrate Judge**